Anna Y. Park, CA SBN 164242
Sue J. Noh, CA SBN 192134
Connie K. Liem, TX SBN 791113
Jennifer L. Boulton, CA SBN 259076
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 E. Temple St., Fourth Floor
Los Angeles, CA  90012
Telephone: (213) 894-3668
Facsimile: (213) 894-1301
E-Mail: Jennifer.Boulton@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

Eric N. Kibel, CA SBN 236571
1867 California Avenue, Suite 101
Corona, CA 92881
Telephone: (714) 692-2270
Email: eric.kibel@ihssca.net

Attorney for Defendant
HALO UNLIMITED, INC.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>            Plaintiff,<br><br>   v.<br><br>HALO UNLIMITED, INC., d/b/a INFANT HEARING SCREENING SPECIALISTS, and Does 1-8,<br><br>            Defendant(s). | Case No: 17-CV-2006 H (WVG)<br><br>**AMENDED JOINT NOTICE OF SETTLEMENT**<br><br>The Honorable William V. Gallo<br>U.S. Magistrate Judge |

1  To the Honorable William V. Gallo:
2      Plaintiff UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY
3  COMMISSION ("Plaintiff") and Defendant HALO UNLIMITED, INC., d/b/a
4  INFANT HEARING SCREENING SPECIALISTS, INC. ("Defendant")
5  (collectively "the Parties"), through their respective counsel of record, hereby
6  jointly submit this Amended Joint Notice of Settlement.
7      On March 12, 2018, the Parties participated in an Early Neutral Evaluation
8  Settlement Conference ("ENE").  During the ENE, the Parties reached agreement
9  on the monetary relief and reached agreement, in principle, on the injunctive
10 relief.  Accordingly, on March 15, 2018, the Parties filed a Joint Notice of
11 Settlement, noting that the Parties anticipated finalizing and filing the proposed
12 Consent Decree ("Decree") by April 13, 2018.
13     Since filing the Joint Notice of Settlement, the Parties have worked in good
14 faith to finalize the Decree and to that end, have met telephonically and exchanged
15 drafts of the Decree.  In addition, the Parties have exchanged drafts of the release
16 and waiver.  While the Parties remain committed to finalizing the Decree and
17 release and waiver, additional time is needed so that the Parties can reach
18 resolution on the disputed terms.  To give the Parties the necessary time to iron
19 out these disputes, and in light of the limited availability of key decision makers
20 for Defendant over the next two weeks, the Parties currently anticipate filing the
21 Decree on or before June 15, 2018.
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

I, Jennifer L. Boulton, certify that the content of this document is acceptable to all persons required to sign the document as I obtained authorization for the electronic signatures of all parties on the document.

                                          Respectfully Submitted,

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Dated: April 12, 2018　　　　　*Jennifer L. Boulton*
　　　　　　　　　　　　　　　　Jennifer L. Boulton
　　　　　　　　　　　　　　　　E-mail: Jennifer.Boulton@eeoc.gov
　　　　　　　　　　　　　　　　Attorney for Plaintiff EEOC

HALO UNLIMITED, INC.

Dated:  April 12, 2018　　　　　*Eric N. Kibel*
　　　　　　　　　　　　　　　　Eric N. Kibel
　　　　　　　　　　　　　　　　E-mail:  eric.kibel@ihssca.net
　　　　　　　　　　　　　　　　Attorney for Defendant Halo Unlimited, Inc.

# CERTIFICATE OF SERVICE

I am, and was at the time the herein mentioned service took place, a citizen of the United States, over the age of eighteen (18) years. I am employed in the Legal Unit of the Los Angeles District Office of the United States Equal Employment Opportunity Commission.

My business address is Equal Employment Opportunity Commission, 255 East Temple St., Fourth Floor, Los Angeles, CA 90012. On the date that this declaration was executed, as shown below, I served the foregoing **AMENDED JOINT NOTICE OF SETTLEMENT** *via* the Court's electronic filing system to the following:

> Eric N. Kibel
> HALO UNLIMITED, INC.
> E-Mail: eric.kibel@ihssca.net
> Attorney for Defendant

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 12, 2018 at Los Angeles, California.

> */s/ Jennifer L. Boulton*
> Jennifer L. Boulton